### No. 13,129.

STARK LUMBER COMPANY ET AL. *v.* KEYSTONE INVESTMENT COMPANY.

(20 P. [2d] 308)

Decided February 14, 1933. Rehearing denied March 20, 1933.

Messrs. STARK & IRWIN, for plaintiffs in error.

Mr. OLIVER W. TOLL, for defendant in error.

*En Banc.*

MR. JUSTICE HILLIARD delivered the opinion of the court.

THIS is an action to quiet title to lots 36 and 37, block 109, Colfax Terrace, City and County of Denver. The issues are identical, and except as to some of the plaintiffs in error, it parallels *Stark Lumber Co. v. Keystone Inv. Co.*, 92 Colo. 259, 20 P. (2d) 306, decided this day. On the authority of that decision the judgment is affirmed.

MR. JUSTICE BOUCK not participating.